HAROLD G. FLETCHER *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF GREENWICH

The motion by the plaintiff to dismiss the portion of the appeal from the Court of Common Pleas in Fairfield County at Stamford which concerns the denial of the motion to open the judgment is denied.

*Francis X. Lennon,* for the appellee (plaintiff).

*Stewart H. Jones,* corporation counsel, for the appellant (defendant).

Argued November 7—decided November 8, 1967

CLINTON E. FRENCH *v.* PAUL OBERREUTER ET AL.
(two cases)

The motion by the defendants to dismiss the appeal in each case from the Superior Court in New Haven County is denied.

*John W. Barnett,* for the appellees (defendants).

*William A. Phillips,* for the appellant (plaintiff).

Argued November 7—decided November 8, 1967

J. WILLIAM O'BRIEN *v.* DONALD C. ROSENBLATT ET AL.

The petition by the named defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph Neiman,* in support of the petition.

*Patrick J. Flaherty,* in opposition.

Submitted October 23—decided November 10, 1967